**494**

COLONIAL HEALTH CARE CENTER & SUPERIOR NATIONAL INSURANCE, Appellant/Employer & Insurer,

v.

Mary Ann BIBBINS, Respondent/Employee.

No. ED 78108.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 10, 2000.

Jeffrey E. Atkinson, McAnany, Van Cleave & Phillips, P.C., St. Louis, for appellant.

James E. Parrot, St. Louis, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, Jr., J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

Colonial Health Care Center & Superior National Insurance appeal from an award of the Labor and Industrial Relations Commission awarding Mary Ann Bibbins temporary total disability benefits, the costs of her medical care, and permanent partial disability benefits.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. The judgment is affirmed in accordance with Rule 84.16(b).